UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:05CV315

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | |
| | ) | |
| | ) | **JUDGMENT BY DEFAULT,** |
| **59 POPLAR DRIVE, MARION, NORTH CAROLINA,** | ) | **ENTRY OF JUDGMENT, AND FINAL JUDGMENT OF FORFEITURE** |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER** is before the Court on the United States' Motion for an Order directing Judgment by Default pursuant to Federal Rule of Civil Procedure 55(b)(2), and for Entry of Judgment and Final Order of Forfeiture pursuant to Federal Rule of Civil Procedure 58(a)(2)(A)(iii) against the defendant property.

On March 17, 2006, an Order for Entry of Default was filed. As a result the motion will be allowed.

**IT IS, THEREFORE, ORDERED** that the United States' motion is **ALLOWED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED THAT**:

1. The United States' motion for judgment by default, entry of judgment, and final order of forfeiture against the **DEFENDANT PROPERTY:**

> **59 Poplar Drive, Marion, North Carolina, being 1.279 acres, more or less, and more particularly described in a deed recorded at Book 824, Page 763, in the McDowell County, North Carolina, Land Registry.**

1

is hereby granted and judgment of forfeiture is entered in favor of the United States against all persons and entities in the world;

2. Any and all right, title and interest of all persons in the world in or to the defendant property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein;

3. The United States Marshal is hereby directed to dispose of the forfeited defendant property as provided by law.

Signed: March 31, 2006

Lacy H. Thornburg
United States District Judge